

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00832-CR

**IN RE** Brian Keith **GORHAM**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On December 27, 2016, Relator Brian Keith Gorham filed a petition for writ of mandamus and an emergency motion to stay. Relators' petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT. Relator's emergency motion for stay is DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on January 5, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012CR10383 W1, styled *State of Texas v. Brian Keith Gorham*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.